AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 JUN -7 PM 4:42

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>KIMBERLY BOUCHARD<br><br>*Defendant(s)* | Case No. 2:23-mj-73 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2023__ in the county of __Franklin__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Knowingly and intentionally distributed fentanyl, a Schedule I controlled substance, cocaine base, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Attested to by reliable electronic means
*Complainant's signature*

SA Andrew Kirwan, FBI
*Printed name and title*

Subscribed and sworn to in accordance with the requirements of Fed. R. Crim. P. 4.1

Date: June 7, 2023

*Judge's signature*

City and state: Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*