UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

KIMBERLY BOUCHARD
Defendant.

Criminal No. 23-cr-112

## ORDER OF REFERRAL TO RECOVERY COURT

The Government has filed an unopposed motion for an order of referral of the defendant to the Burlington Federal Recovery Court Program ("Program"). The Recovery Court Team supports this motion.

The Court grants the order of referral and refers the case to the Recovery Court Program in Burlington on the basis of the parties' agreement on the following points:

1. The defendant suffers from drug addiction and such addiction played a role in her participation in the alleged offense conduct.

2. The defendant would likely benefit from treatment and rehabilitation under the supervision of the Program.

3. If the defendant succeeds in the Program, she will be entitled to a benefit to be determined by the Recovery Court Judge. This benefit could include a time-served sentence. The United States Attorney's Office must agree to any misdemeanor resolution or the dismissal of any charge(s) based upon participation in this Program.

4. During the period of referral to the Program, the assigned judicial officer shall conduct all hearings related to the Program as well as any hearing related to a possible violation of conditions of release filed pursuant to 18 U.S.C. § 3148.

5. Upon completion or termination from the Program, the defendant shall remain assigned to the Recovery Court Judge for further proceedings, including sentencing.

6. The defendant's sentencing shall be continued until completion or termination from the Program.

7. Representation of defendant by Kevin Henry, Esq., who is currently assigned to represent defendant pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006a, is hereby terminated. Michelle Anderson Barth, Esq. is assigned as substitute counsel to represent the defendant during the time of participation in the Recovery Court Program.

Dated at Burlington, in the District of Vermont, this 4th day of January, 2024.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court